IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED
SEP 3 0 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARY R. SHEERAN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-020 |
| | § | |
| CHIEF JAMES SCHOEPNER, | § | |
| in his official capacity as Police | § | |
| Chief, OFFICER JOE HILDRETH, | § | |
| in his official capacity as Police | § | |
| Investigator; and the CITY OF | § | |
| HARLINGEN, TEXAS | § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of September 8, 1998 should be **ADOPTED**.

It is further **ORDERED** that Plaintiff's case be **DISMISSED** with prejudice.

DONE in Brownsville, Texas, on this 30 day of September 1998.

Hilda G. Tagle
United States District Judge